UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff


v.                          Case No. 26-30296
                                 Originating No.

**KASHAWN MCBRIDE,**

      Defendant.

_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**


Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **KASHAWN MCBRIDE,** to answer to charges pending in another federal district, and states:

1.  On **May 20, 2026,** defendant voluntarily appeared in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Superior Court of the District of Columbia based on a Criminal Complaint**.  Defendant is charged in that district with violation of **Aggravated Assault, in violation of D.C. Code Section 22-404.01(a)(2).**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney


*s/Daniel Shin*
DANIEL SHIN
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: May 20, 2026